UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton, Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum, PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50,<br><br>    Defendants. | Court File No. 18-CV-1082-DWF-BRT<br><br><br><br>**MOTION TO DISMISS** |

**MOTION TO DISMISS**

Defendants Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Patton, Hoversten & Berg, P.A., and Wojtalewicz Law Firm, Ltd. hereby move the Court for an order dismissing Plaintiffs' Complaint with prejudice. This motion is brought pursuant to Fed. R. Civ. P. 12 and will be based upon all of the files, records and proceedings herein.

10799602v1

| | |
|---|---|
| Dated: May 23, 2018 | **BRIGGS AND MORGAN, P.A.** |
| | By: *s/ Kathryn M. Short*<br>   John M. Degnan (#21817)<br>   Kathryn M. Short (#0393059)<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN  55402-2157<br>Telephone: (612) 977-8400<br>Fax:          (612) 977-8650<br>Email:      jdegnan@briggs.com<br>                 kshort@briggs.com<br><br>**ATTORNEYS FOR DEFENDANTS HOVLAND AND RASMUS, PLLC, DEWALD DEAVER, P.C., LLO, PATTON, HOVERSTEN & BERG, P.A., AND WOJTALEWICZ LAW FIRM, LTD.** |

2