UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| KENNETH P. KELLOGG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 18-2408-JWL |
| | ) | |
| WATTS GUERRA, LLP, et al., | ) | MDL 14-md-2591-JWL |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Defendants Watts Guerra, LLP, Mikal C. Watts, and Francisco Guerra have filed a motion to stay these proceedings pending a ruling by the Judicial Panel on Multidistrict Litigation ("JPML") (ECF No. 91). All defendants who have appeared in this action have joined the motion (see ECF Nos. 93-96), and plaintiffs have informally notified the court they do not oppose the motion.

The court finds good cause to stay these proceedings until the JPML issues a ruling on plaintiffs' motion for reconsideration of the JPML's order transferring this action to the District of Kansas. Such a stay conserves judicial resources and eliminates the possibility of inconsistent pretrial rulings. The JPML is scheduled to hear the motion for reconsideration on September 27, 2018, so the undersigned expects the stay to be brief.

1

IT IS THEREFORE ORDERED that the motion to stay proceedings is granted. Should the JPML deny the motion for reconsideration, the stay will be lifted ten days after such a ruling. Should the JPML grant the motion for reconsideration, the stay will be lifted ten days after transfer is complete to a jurisdiction other than the District of Kansas.

Dated August 28, 2018, at Kansas City, Kansas.

s/ James P. O'Hara

James P. O'Hara
U.S. Magistrate Judge