UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton, Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum, PLLP, Wojtalewicz Law Firm, Ltd., Mikal C. Watts, Francisco Guerra, and John Does 1-50,<br><br>  Defendants. | File No: 18-cv-02408-JWL-JPO |

**DEFENDANTS WATTS GUERRA, LLP, MIKAL C. WATTS, AND FRANCISCO GUERRA'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO:   Plaintiffs above-named at their attorney of record: Douglas J. Nill, Esq., Douglas J. Nill, PLLC d/b/a Farmlaw, 2050 Canadian Pacific Plaza, 120 South Sixth Street, Minneapolis, MN 55402; and counsel for the above-referenced Defendants:

Honorable Court under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of all claims asserted against Watts Guerra in the above-captioned matter. Pursuant to Local Rule 7.1, this motion is based on the memorandum of law and declaration of the undersigned counsel, which are filed herewith, as well as all the files, records and proceedings herein.

WHEREFORE Watts Guerra respectfully requests that all claims asserted against them in the above-captioned matter be dismissed, with prejudice.

Dated: October 22, 2018                     Thompson, Coe, Cousins & Irons, LLP

                                            _____
                                            Christopher L. Goodman (#285626)
                                            The Historic Hamm Building, Suite 510
                                            408 St. Peter Street
                                            St. Paul, Minnesota 55102
                                            Phone: (651) 389-5025
                                            Fax: (651) 385-5099
                                            cgoodman@thompsoncoe.com

                                            **Counsel for Defendants Watts Guerra, LLP, Mikal C. Watts, and Francisco Guerra**

## CERTIFICATE OF SERVICE

      I certify that on October 22, 2018, I caused the foregoing Memorandum of Law, together with the supporting Goodman Affidavit, Exhibits A through C thereto, and an Index of Exhibits, to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                  /s/ Christopher L. Goodman
                                  Christopher L. Goodman

Douglas J. Nill
FARMLAW
1100 One Financial Plaza,
120 South 6th St,
Minneapolis, MN 55402
612-573-3669
dnill@farmlaw.com
*Counsel for Plaintiffs*
*Kenneth P. Kellogg, Rachel Kellogg,*
*Kellogg Farms, Inc., Roland B. Bromley*
*And Bromley Ranch, LLC, Individually, and*
*On Behalf of All Similarly Situated*

Arthur G. Boylan
ANTHONY OSTLUND BAER & LOUWAGIE, P.A.
90 South 7th Street
3600 Wells Fargo Center
Minneapolis, MN 55402
612-349-6969
aboylan@anthonyostlund.com
*Counsel for Defendants*
*Johnson Law Group, Law Office of*
*Michael Miller, Mauro, Archer &*
*Associates, LLC, VanDerGinst Law, PC,*
*& Wagner Reese, LLP*

John M. Degnan
Kathryn M. Short
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth Street

Minneapolis, MN 55402
612-977-8660
jdegnan@briggs.com
*Counsel for Defendants*
*Dewald Deaver, PC, LLO,*
*Hovland and Rasmus, PLLC,*
*Patton Hoversten & Berg, PA, &*
*Wojtalewicz Law Firm, Ltd.*

Richard A. Lind
Joao C.J.G. De Medeiros
LIND, JENSEN, SULLIVAN & PETERSON
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402
612-333-3637
rick.lind@lindjensen.com
joao.medeiros@lindjensen.com
*Counsel for Defendants*
*Yira Law Office, Ltd. &*
*Daniel M. Homolka*

Kelly A. Ricke, #16663
Evans & Dixon, L.L.C.
10851 Mastin Blvd., Suite 900
Overland Park, Kansas 66210
Telephone: (913) 701-6810
Facsimile: (913) 341-2293
kricke@evans-dixon.com
*Counsel For Defendant Pagel Weikum, P.L.L.P.*