UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR162 CORN LITIGATION<br><br>This document relates to:<br><br>*Kenneth P. Kellogg, et al. v. Watts Guerra LLP, et al.*,<br>Case No. 18-cv-2408-JWL-JPO | MDL No. 2591<br><br>Case No. 14-md-02591-JWL-JPO |

## DEFENDANTS WATTS GUERRA, LLP, MIKAL C. WATTS, AND FRANCISCO GUERRA'S MOTION TO DISMISS AMENDED COMPLAINT (DOC. #121) PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

TO:     Plaintiffs above-named at their attorney of record: Douglas J. Nill, Esq., Douglas J. Nill, PLLC d/b/a Farmlaw, 2050 Canadian Pacific Plaza, 120 South Sixth Street, Minneapolis, MN 55402:

COMES NOW Defendants Watts Guerra, LLP, Mikal C. Watts and Francisco Guerra ("Watts Guerra"), by and through the undersigned counsel, and hereby move this Honorable Court pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of all claims asserted against Watts Guerra in the above-captioned matter.  Pursuant to Local Rule 7.1, this motion is based on the memorandum of law filed herewith, as well as all the files, records and proceedings herein.

WHEREFORE Watts Guerra respectfully requests that all claims asserted against them in the above-captioned matter be dismissed, with prejudice.

Dated: December 7, 2018

Thompson, Coe, Cousins & Irons, LLP

_____

Christopher L. Goodman (#285626)
The Historic Hamm Building, Suite 510
408 St. Peter Street
St. Paul, Minnesota 55102
Phone: (651) 389-5025
Fax: (651) 385-5099
cgoodman@thompsoncoe.com

**Counsel for Defendants Watts
Guerra, LLP, Mikal C. Watts, and
Francisco Guerra**

## CERTIFICATE OF SERVICE

I certify that on December 7, 2018, I caused the foregoing Motion to Dismiss Amended Complaint (Doc. #121), to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Christopher L. Goodman
Christopher L. Goodman

Douglas J. Nill
FARMLAW
1100 One Financial Plaza,
120 South 6th St,
Minneapolis, MN 55402
612-573-3669
dnill@farmlaw.com
*Counsel for Plaintiffs*
*Kenneth P. Kellogg, Rachel Kellogg,*
*Kellogg Farms, Inc., Roland B. Bromley*
*And Bromley Ranch, LLC, Individually, and*
*On Behalf of All Similarly Situated*

Arthur G. Boylan
ANTHONY OSTLUND BAER & LOUWAGIE, P.A.
90 South 7th Street
3600 Wells Fargo Center
Minneapolis, MN 55402
612-349-6969
aboylan@anthonyostlund.com
*Counsel for Defendants*
*Johnson Law Group, Law Office of*
*Michael Miller, Mauro, Archer &*
*Associates, LLC, VanDerGinst Law, PC,*
*& Wagner Reese, LLP*

John M. Degnan
Kathryn M. Short
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth Street

Minneapolis, MN 55402
612-977-8660
jdegnan@briggs.com
*Counsel for Defendants*
*Dewald Deaver, PC, LLO,*
*Hovland and Rasmus, PLLC,*
*Patton Hoversten & Berg, PA, &*
*Wojtalewicz Law Firm, Ltd.*

Richard A. Lind
Joao C.J.G. De Medeiros
LIND, JENSEN, SULLIVAN & PETERSON
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402
612-333-3637
rick.lind@lindjensen.com
joao.medeiros@lindjensen.com
*Counsel for Defendants*
*Yira Law Office, Ltd. &*
*Daniel M. Homolka*

Kelly A. Ricke, #16663
Evans & Dixon, L.L.C.
10851 Mastin Blvd., Suite 900
Overland Park, Kansas 66210
Telephone: (913) 701-6810
Facsimile: (913) 341-2293
kricke@evans-dixon.com
*Counsel For Defendant Pagel Weikum, P.L.L.P.*