UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| KENNETH P. KELLOGG, RACHEL KELLOGG and KELLOGG FARMS, INC., et al. </br></br>　　　　Plaintiffs, </br></br> v. </br></br> WATTS GUERRA, LLP, DANIEL M. HOMOLKA, P.A., YIRA LAW OFFICE LTD, et al. </br></br>　　　　Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Kan. File No. 18-CV-2408 JWL JPO </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**DEFENDANT LOWE EKLUND WAKEFIELD CO., LPA'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF AND DAMAGES**

Defendant Lowe Eklund Wakefield Co., LPA ("Lowe Eklund"), for its Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Declaratory and Injunctive Relief and Damages ("Amended Complaint"), states as follows:

1.　Defendant incorporates by reference and joins in the Motion to Dismiss Plaintiffs' Amended Complaint by Defendants Watts Guerra LLP, Mikal C. Watts, and Francisco Guerra. For the reasons set forth in that Motion and Memorandum in Support (Doc. Nos. 140 and 141,) Lowe Eklund moves this Court to dismiss Plaintiffs' Amended Complaint with prejudice. In addition, Lowe Eklund asserts herein additional bases for dismissal of the Amended Complaint.

2.　On or about November 13, 2018, Plaintiffs filed their Amended Complaint against Defendants. (*See* Amended Complaint, Doc. No. 121).

3. The above-described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, in that it is a civil action asserting a claim under the Racketeer Influenced and Corrupt Organizations Act, which falls under the laws of the United States.

4. Plaintiffs' Amended Complaint fails to state a claim upon which relief may be granted. Plaintiffs failed to plead their allegations with the necessary specificity required under ordinary and the heightened pleading requirements of Federal Rule of Civil Procedure 9(b) in order to put Defendants on notice of which claims apply to each Defendant. Further, all Plaintiffs, except for John Heitkamp, failed to allege any connection whatsoever to Lowe Eklund, which is necessary to establish that they can maintain claims against Lowe Eklund. Therefore, Plaintiffs' Amended Complaint should be dismissed.

5. To survive a motion to dismiss, a complaint must contain sufficient factual matters, accepted as true, to state a claim to relief that is plausible on its face. *Khalik v. United Air Lines,* 671 F.3d 1188, 1190 (10th Cir. 2012); *Ashcroft v. Iqbal*, 556 U.S. 662, 677–78 (2009).

6. Plaintiffs' vague and general allegations are insufficient under Federal Rule of Civil Procedure 12(b)(6) to state a claim upon which relief may be granted. Additionally, Plaintiffs' failure to assert any connection with Lowe Eklund results in their inability to maintain causes of action against Lowe Eklund. Accordingly, Plaintiffs' Amended Complaint should be dismissed.

7. Lowe Eklund incorporates its Memorandum in Support of its Motion to Dismiss, filed this same day, as if fully set forth therein.

WHEREFORE, Defendant Lowe Eklund Wakefield Co., LPA respectfully requests the Court to dismiss Plaintiffs' Amended Complaint, and to grant Defendant such further relief the Court deems just and proper under the circumstances.

Respectfully submitted,

BROWN & JAMES, P.C.

By: /s/ Matthew G. Koehler
Matthew G. Koehler,    #21758
Mkoehler@bjpc.com
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
Phone: (314) 421-3400
Fax: (314) 421-3128

Steven H. Schwartz,    #36436
sschwartz@bjpc.com
*Pro Hac Vice*
800 Market Street, 11th floor
St. Louis, Missouri  63101-2501
Phone:  314.421.3400
Fax:  314.421.3128

Teresa M. Young    #53427
tyoung@bjpc.com
*Pro Hac Vice*
800 Market Street, 11th floor
St. Louis, Missouri  63101-2501
Phone:  314.421.3400
Fax:  314.421.3128

*Attorneys for Defendant Lowe Eklund Wakefield Co., LPA*

4

## CERTIFICATE OF SERVICE

A copy of the foregoing document was electronically filed with the United States District Court, District of Kansas, through the Court's electronic filing system and electronically served on all counsel of record, on this 21st day of December, 2018.

/s/ Matthew G. Koehler

#20383787