UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR162 CORN LITIGATION | MDL No. 2591 |
| This document relates to: | Case No. 14-md-02591-JWL-JPO |
| *Kenneth P. Kellogg, et al. v. Watts Guerra LLP, et al.*, Case No. 18-cv-2408-JWL-JPO | |

## DEFENDANTS' MOTION FOR AN EXTENSION OF THE DEADLINE TO ANSWER THE AMENDED COMPLAINT

TO:   Plaintiffs above-named at their attorney of record Douglas J. Nill, Esq., Douglas J. Nill, PLLC d/b/a Farmlaw, 2050 Canadian Pacific Plaza, 120 South Sixth Street, Minneapolis, MN 55402:

COMES NOW Defendants Johnson Law Group, Law Office of Michael Miller, Mauro, Archer & Associates, LLC, VanDerGinst Law, PC, & Wagner Reese, LLP, by and through the undersigned counsel, and hereby move, on behalf of all Defendants, for a 10-day extension of the deadline for all Defendants to file Answers to Plaintiffs' Amended Complaint.

Before filing this Motion, multiple attorneys for Defendants reached out to Plaintiffs' counsel to request an extension.  Plaintiffs have not responded.  Accordingly, Defendants are asking the Court to extend the deadline to answer from August 27 to September 6, 2019.

The Amended Complaint is 158 pages and contains 464 paragraphs.  As the Court knows, Defendants moved to dismiss the Amended Complaint in its entirety.  Extensive

motion practice and multiple orders from the Court followed.  On August 15, 2019, two days after the Court entered its most recent order on Defendants' motion to dismiss, the Court set August 27 as the deadline to answer or otherwise respond to Plaintiffs' Amended Complaint.

Although 12 days may be sufficient to answer a complaint in a typical case, this is no typical case.  The sheer length of Plaintiffs' Amended Complaint makes answering it in 12 days extraordinarily difficult.  Other factors further complicate Defendants' response. Many claims have been dismissed, so Defendants need to sort out which allegations remain relevant and respond accordingly.  In addition, Plaintiffs indicate, in their August 19, 2019 Status Report to the Tenth Circuit Court of Appeals, that a motion for reconsideration of the dismissal of most of their claims (ECF No. 213) under Rules 59(e) and 60 is "forthcoming[.]"

With all of that in mind, Defendants are asking for a relatively modest 10-day extension to file Answers.  A 10-day extension will not unfairly prejudice Plaintiffs in any way.

WHEREFORE Defendants respectfully request a 10-day extension of the deadline to file Answers to Plaintiffs' Amended Complaint.

Dated: August 23, 2019                       Respectfully submitted,


                                             /s/ Arthur G. Boylan
                                             Arthur G. Boylan
                                             ANTHONY OSTLUND BAER &
                                             LOUWAGIE, P.A.
                                             90 South 7th Street
                                             3600 Wells Fargo Center
                                             Minneapolis, MN 55402
                                             612-349-6969
                                             aboylan@anthonyostlund.com

                                             *Attorney for Defendants Johnson Law Group,*
                                             *Law Office of Michael Miller, Mauro, Archer &*
                                             *Associates, LLC, VanDerGinst Law, PC,*
                                             *& Wagner Reese, LLP*

                                             Christopher L. Goodman (MN #285626)
                                             Thompson, Coe, Cousins & Irons, LLP
                                             The Historic Hamm Building, Suite 510
                                             408 St. Peter Street
                                             St. Paul, Minnesota 55102
                                             Phone: (651) 389-5025
                                             Fax: (651) 385-5099
                                             cgoodman@thompsoncoe.com

                                             *Counsel for Defendants Watts Guerra LLP,*
                                             *Mikal C. Watts, and Francisco Guerra*

                                             Richard A. Lind, (MN #0063381)
                                             João C.J.G. de Medeiros (MN #0390515)
                                             Lind Jenson Sullivan & Peterson PA
                                             901 Marquette Ave. So.
                                             Minneapolis, Minnesota 55402
                                             Phone: (612) 333-3637
                                             Fax: (612) 333-1030
                                             rick.lind@lindjensen.com
                                             joao.medeiros@lindjensen.com

                                             *Counsel for Defendants Daniel M. Homolka,*
                                             *Law Office, Ltd.*

3

John M. Degnan (MN #21817)
Kathryn M. Short (MN #0393059)
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Phone: (612) 977-8400
Fax: (612) 977-8650
jdegnan@briggs.com
kshort@briggs.com

*Counsel for Defendants Hovland & Rasmus,
PLCC, Dewald Deaver, P.C., LLO, Patton,
Hoversten & Berg, P.A., and Wojtalewicz Law
Firm, Ltd.*

Kelly A. Ricke, #16663
Evans & Dixon, L.L.C.
10851 Mastin Blvd., Suite 900
Overland Park, Kansas 66210
Telephone: (913) 701-6810
Facsimile: (913) 341-2293
kricke@evans-dixon.com

*Counsel for Defendant Pagel Weikum, P.L.L.P.*

## CERTIFICATE OF SERVICE

I certify that on August 23, 2019, I caused the foregoing Motion for an Extension of the Deadline to Answer the Amended Complaint to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Arthur G. Boylan
Arthur G. Boylan

Douglas J. Nill
FARMLAW
1100 One Financial Plaza,
120 South 6th St,
Minneapolis, MN 55402
612-573-3669
dnill@farmlaw.com
*Counsel for Plaintiffs*
*Kenneth P. Kellogg, Rachel Kellogg,*
*Kellogg Farms, Inc., Roland B. Bromley*
*And Bromley Ranch, LLC, Individually, and*
*On Behalf of All Similarly Situated*

Christopher L. Goodman (MN #285626)
Thompson, Coe, Cousins & Irons, LLP
The Historic Hamm Building, Suite 510
408 St. Peter Street
St. Paul, Minnesota 55102
Phone: (651) 389-5025
Fax: (651) 385-5099
cgoodman@thompsoncoe.com
*Counsel for Defendants Watts Guerra LLP,*
*Mikal C. Watts, and Francisco Guerra*

John M. Degnan
Kathryn M. Short
BRIGGS & MORGAN, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-977-8660
jdegnan@briggs.com
*Counsel for Defendants*
*Dewald Deaver, PC, LLO,*
*Hovland and Rasmus, PLLC,*
*Patton Hoversten & Berg, PA, &*
*Wojtalewicz Law Firm, Ltd.*

Richard A. Lind
Joao C.J.G. De Medeiros
LIND, JENSEN, SULLIVAN & PETERSON
1300 AT&T Tower
901 Marquette Avenue South
Minneapolis, MN 55402
612-333-3637
rick.lind@lindjensen.com
joao.medeiros@lindjensen.com
*Counsel for Defendants*
*Yira Law Office, Ltd. &*
*Daniel M. Homolka*

Kelly A. Ricke, #16663
Evans & Dixon, L.L.C.
10851 Mastin Blvd., Suite 900
Overland Park, Kansas 66210
Telephone: (913) 701-6810
Facsimile: (913) 341-2293
kricke@evans-dixon.com
*Counsel for Defendant Pagel Weikum, P.L.L.P.*