IN UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR 162 CORN LITIGATION<br><br>This Document Relates To:<br><br>*Kellogg, et al. v. Watts Guerra, LLP, et al.*, No. 18-2408-JWL | MDL No. 2591<br><br>Case No. 14-md-2591-JWL |

## AFFIDAVIT OF JOÃO C.J.G. DE MEDEIROS

STATE OF MINNESOTA   )
                     ) SS.
COUNTY OF HENNEPIN   )

João C.J.G. de Medeiros being duly sworn, states and alleges the following:

1. That I am an attorney with the law firm of Lind, Jensen, Sullivan & Peterson, P.A., representing Defendants Daniel M. Homolka, P.A. and Yira Law Office, Ltd.

2. Attached hereto as Exhibit 1 is a true and correct copy of email correspondence from Christopher L. Goodman dated January 3, 2020.

3. Attached hereto as Exhibit 2 is a true and correct copy of email correspondence from Douglas J. Nill dated January 3, 2020.

4. Attached hereto as Exhibit 3 is a true and correct copy of email correspondence from Christopher L. Goodman dated January 3, 2020.

5. Attached hereto as Exhibit 4 is a true and correct copy of email correspondence dated January 10, 2020.

6. Attached hereto as Exhibit 5 is a true and correct copy of email correspondence dated January 14, 2020.

7. Attached hereto as Exhibit 6 is a true and correct copy of correspondence from Douglas J. Nill dated January 15, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of email correspondence dated January 15, 2020.

9. Attached hereto as Exhibit 8 is a true and correct copy of email correspondence dated January 16, 2020.

10. Attached hereto as Exhibit 9 is a true and correct copy of correspondence from Douglas J. Nill dated January 16, 2020.

11. Attached hereto as Exhibit 10 is a true and correct copy of email correspondence dated January 16, 2020.

12. Attached hereto as Exhibit 11 is a true and correct copy of correspondence from Christopher L. Goodman dated January 16, 2020.

13. Attached hereto as Exhibit 12 is a true and correct copy of email correspondence between Douglas J. Nill and Christopher L. Goodman dated January 17, 2020.

14. Attached hereto as Exhibit 13 is a true and correct copy of correspondence from Douglas J. Nill dated January 17, 2020.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

                                          */s/ João C.J.G. de Medeiros*
                                          João C.J.G. de Medeiros