UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| KENNETH P. KELLOGG, et al., | ) | |
| --- | --- | --- |
| Plaintiffs, | ) | |
| v. | ) | Case No. 18-2408-JWL |
| WATTS GUERRA, LLP, et al., | ) | MDL 14-md-2591-JWL |
| Defendants. | ) | |

# **ORDER**

On March 3, 2020, the undersigned U.S. Magistrate Judge, James P. O'Hara, entered an order sanctioning plaintiffs and resetting pretrial deadlines (ECF No. 308). The order required the parties to meet for a Fed. R. Civ. P. 26(f) planning conference and then to submit a completed, joint planning-meeting report to the undersigned's chambers by April 8, 2020. On April 7, 2020, plaintiffs submitted what they titled a planning-meeting report, but which addressed none of the planning factors set out in Fed. R. Civ. P. 16(c)(2)(A)-(P) or Rule 26(f)(3)(A). Later on April 7, 2020, defendants filed a motion to dismiss this action due to plaintiffs' disregard of court orders, particularly the March 3, 2020 order requiring participation in case scheduling (ECF No. 328).

In light of plaintiffs' report and defendants' motion, the court finds it imprudent to proceed with the scheduling conference set for April 15, 2020. That conference is hereby

1

**cancelled**; it will be reconvened, if necessary, once defendants' new motion for sanctions is decided. Because the motion for sanctions seeks a dispositive remedy, any response is due by **April 28, 2020**.

IT IS SO ORDERED.

Dated April 9, 2020, at Kansas City, Kansas.

                                                 s/ James P. O'Hara

                                                 James P. O'Hara
                                                 U.S. Magistrate Judge