# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Kenneth P. Kellogg, Rachel Kellogg and Kellogg Farms, Inc., Roland B. Bromley and Bromley Ranch, LLC, John F. Heitkamp, Dean Holtorf, Garth J. Kruger, Charles Blake Stringer and Stringer Farms, Inc., individually, and on behalf of all others similarly situated, | D. Kan. No. 18-cv-2408-JWL-JPO<br><br>Master No. 2:14-md-2591-JWL-JPO<br><br>Syngenta MDL No. 2591<br><br>D. Minn. No. 18-cv-1082-DWF-BRT |

         Plaintiffs,

v.

Watts Guerra, LLP, Daniel M. Homolka, P.A., Yira Law Office LTD, Hovland and Rasmus, PLLC, Dewald Deaver, P.C., LLO, Givens Law, LLC, Mauro, Archer & Associates, LLC, Johnson Law Group, Wagner Reese, LLP, VanDerGinst Law, P.C., Patton, Hoversten & Berg, P.A., Cross Law Firm, LLC, Law Office of Michael Miller, Pagel Weikum, PLLP, Wojtalewicz Law Firm, Ltd., Lowe Eklund Wakefield Co., LPA, Mikal C. Watts, Francisco Guerra, and John Does 1-250,

         Defendants.

## FOURTEENTH DECLARATION OF DOUGLAS J. NILL

  1.  I represent the Plaintiffs and the proposed Class in this lawsuit.

  2.  I am an accomplished attorney with a 30-year record of success. I have never been sanctioned by a judge.

  3.  After law school, 1989-90, I was a judicial clerk for the Honorable Donald

1

E. O'Brien, Chief Judge, U.S. District Court, Northern District of Iowa, Judge, Southern District of Iowa. I am admitted to practice before the U.S. Supreme Court; nationally recognized as a leading litigator for complex agricultural litigation; and I was honored as an Attorney of the Year in Minnesota in 2006 by the *Minnesota Lawyer*.

4.     I was lead counsel for successful farmers in *Peterson v. BASF Corp.*, a 17-year national consumer fraud class action with an appearance in U.S. District Court, Minnesota, a five-week trial in Ada, MN, four trips to the Minnesota Court of Appeals, five appearances in the Minnesota Supreme Court, and twice to the U.S. Supreme Court.

5.     Attached as Exhibit 75 is a true and correct copy of Plaintiffs' Report Of Parties' Rule 26(f) Discovery Planning Conference which was delivered to Chief Magistrate Judge James P. O'Hara on April 7, 2020, by email, and accurately sets forth my opinion that the Defendants are unwilling to cooperate with discovery because they understand the district court is an adversary to the *Kellogg* lawsuit and will not allow the case to proceed in the District of Kansas in any meaningful way.

6.     Attached as Exhibit 76 is a true and accurate copy of an April 7, 2020 letter to Richard A. Lind and Joao C.J.G. de Medeiros of Lind, Jensen, Sullivan & Peterson, P.A.

7.     Attached as Exhibit 77 is a true and accurate copy of an April 7, 2020 letter to John M. Degnan of Taft Stettinius & Hollister, LLP and Arthur G. Boylan of Anthony Ostlund Baer & Louwagie P.A..

Signed this 21st day of April, 2020, in Hennepin County, State of Minnesota.

Dated: April 21, 2020

Respectfully submitted,

By: /s/ Douglas J. Nill
Douglas J. Nill (MN #194876)

DOUGLAS J. NILL, PLLC
d/b/a FARMLAW
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN  55402-1801
(612) 573-3669
dnill@farmlaw.com

Counsel for Plaintiffs and Proposed
Class of Farmers