

# EXHIBIT 76

**Telephone:** 612.573.3669
**Toll Free:** 866.573.3669
**Cell:** 612.718.1018
**Fax:** 612.330.0959
**Email:** dnill@farmlaw.com
**Online:** www.farmlaw.com

**FarmLaw**
DOUGLAS J. NILL, PLLC
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402-1801

April 7, 2020

Richard A. Lind, Esq.
Joao C.J.G. de Medeiros, Esq.
Lind Jenson Sullivan & Peterson PA
901 Marquette Ave. So.
Minneapolis, MN 55502

Re:   *Kellogg, et al v. Watts Guerra, LLP, et al*
      Tenth Circuit No. 20-3006
      Tenth Circuit No. 20-3051
      D. Kan. No. 18-cv-2408-JWL-JPO
      D. Minn. No. 18-cv-1082-DWF-BRT

Dear Mr. Lind:

I write to advise that Lind, Jensen, Sullivan & Peterson, P.A. is a prospective defendant in *Kellogg, et al.* for the reason that members of the firm, including Richard A. Lind and Mark Fredrickson, upon information and belief, participated in Defendants' deceptive solicitations of putative *Kellogg* class members in 2015 and the firm has fee-share retainer contracts with Watts Guerra, LLP, representing putative *Kellogg* class members. If my information is correct, you and other members of your firm have violated ethical and fiduciary obligations to putative *Kellogg* class members on those retainer contracts and committed a fraud upon those putative class members and the court through an omission of material facts.

If my information is correct, your firm should promptly notify your clients in the Syngenta litigation of your breach of ethical and fiduciary obligations. *See, e.g.*, Minnesota Lawyers Board Opinion No. 21 (2009) (lawyers have an ethical duty to their clients to disclose errors that may provide a reasonable basis for a malpractice claim). As I now represent those same clients in this *Kellogg* lawsuit, I request that you provide me a copy of the letter to your clients in the Syngenta litigation. And I request that your law firm notify your law firm clients in this *Kellogg* lawsuit and their malpractice insurance provider of your conflict of interest and withdraw from this case.

I request a response to this letter within one week from this date.

1

Sincerely,

Douglas J. Nill
Douglas J. Nill, PLLC
d/b/a FarmLaw
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402-1801