# EXHIBIT 77



| | | |
|---|---|---|
| Telephone:<br>612.573.3669 | Cell:<br>612.718.1018 | Email:<br>dnill@farmlaw.com |
| Toll Free:<br>866.573.3669 | Fax:<br>612.330.0959 | Online:<br>www.farmlaw.com |

**FarmLaw**
DOUGLAS J. NILL, PLLC
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402-1801

April 7, 2020

John M. Degnan, Esq.
Kathryn M. Short, Esq.
Taft Stettinius & Hollister, LLP
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157

Arthur G. Boylan, Esq.
Anthony Ostlund Baer & Louwagie P.A.
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Re:  *Kellogg, et al v. Watts Guerra, LLP, et al*
     Tenth Circuit No. 20-3006
     Tenth Circuit No. 20-3051
     D. Kan. No. 18-cv-2408-JWL-JPO
     D. Minn. No. 18-cv-1082-DWF-BRT

Dear Messrs. Degnan and Boylan:

I write to advise you that Taft Stettinius & Hollister, LLP and Anthony Ostlund Baer & Louwagie, P.A. are prospective defendants in *Kellogg, et al.* for the reason that the firms have attempted a fraud upon the *Kellogg* named and putative class plaintiffs and the court through the motion for judgment on the pleadings, ECF No. 248. Upon information and belief, the named Defendants represented by those firms in the *Kellogg* lawsuit, such as Hovland & Rasmus, PLLC, have fee-share retainer contracts with Watts Guerra, LLP, representing putative *Kellogg* class members, and claim an award of attorneys' fees and expenses from the Syngenta MDL Common Fund. *See, e.g.*, MDL No. 2591, ECF No. 3580-5, July 10, 2018 (identifying Hovland & Rasmus, PLLC, as Watts Guerra Associate Counsel No. 99); ECF No. 3661-2, August 3, 2018 (showing No. 99, Hovland & Rasmus, PLLC, claiming 669.65 hours of work on the Syngenta litigation and requesting $225,637.50 in attorney fees and $15,285,47 in expenses from the Syngenta MDL common fund); *see also* ECF No. 4035, January 18, 2019 (Watts Guerra IRPA application on behalf of Associate Counsel such as Hovland & Ramus, PLLC) and

1

ECF No. 4116, March 4, 2019 (Watts Guerra revised IRPA application) (Watts Guerra will "divide[] that [IRPA] award [from the Syngenta MDL common fund] among itself and its associate counsel consistent with fee-sharing provisions in the underlying fee agreements" with Associate Counsel such as Hovland & Rasmus, PLLC).

The failure by each of you and your lawyer clients to reveal this information to the court through your motion pleadings is a fraud of affirmative misrepresentations and the omission of material facts known to you that will enable the district court to make an informed decision. *See* Minn. Stat. §§ 481.071 and 481.07 (treble damages for attorney deceit during a judicial proceeding); *see, e.g., Canon U.S.A., Inc., et al. v. Divinium Technologies, Inc., et al.*, 15-CV-1804 (S.D.N.Y. Feb. 21, 2017) (granting motion by the plaintiff, represented by Dorsey Whitney, LLP, a Minneapolis law firm, to amend the complaint to assert a claim against the defendants' lawyer for violation of New York Judiciary Law § 487 – attorney deceit during a judicial proceeding – "in connection with allegedly false statements" during discovery including statements that a defendant in the underlying suit was a "sole owner" of a corporation); *Rucker v. Schmidt*, 794 N.W.2d 114, 120 (Minn. 2011) (allowing fraud action to proceed against lawyer for divorce client who concealed marital assets as the lawyer "has a duty not only to the client, but also to 'the public as an officer of the court in the administration of justice.'").

You should withdraw your motion for judgment on the pleadings, ECF No. 248, an attempted fraud upon the *Kellogg, et al.* named and putative class plaintiffs and the court by affirmative misrepresentations and the omission of material facts, and advise the district court to vacate the April 6, 2020 order, ECF No. 324, which is a direct result of your deceit.

Please address my requests within one week from this date.

Sincerely,

*[signature: Douglas J. Nill]*

Douglas J. Nill
Douglas J. Nill, PLLC
d/b/a FarmLaw
2050 Canadian Pacific Plaza
120 South Sixth Street
Minneapolis, MN 55402-1801

2