IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: SYNGENTA AG MIR 162 CORN LITIGATION ) ) ) | MDL No. 2591 |
| | Case No. 14-md-2591-JWL |
| This Document Relates To: ) ) | |
| *Kellogg, et al. v. Watts Guerra, LLP, et al.*, No. 18-2408-JWL ) ) ) | |
| _____) | |

## ORDER TO SHOW CAUSE

On April 27, 2020 (Doc. # 345), the undersigned ordered Douglas Nill, plaintiffs' counsel, to pay certain awards of attorney fees to defendants' counsel as a sanction. Mr. Nill was ordered to pay those awards and file a notice of compliance with the Court by May 11, 2020. Also, on April 28, 2020 (Doc. # 348), the Magistrate Judge ordered plaintiffs to pay certain awards of attorney fees and expenses to defendants' counsel as a sanction. Plaintiffs were ordered to pay those awards and file a notice of compliance with the Court by May 11, 2020. In each case, the Court ordered that the awards be paid and the notices be filed unless the payment obligation was expressly stayed by this Court or by the Tenth Circuit. Moreover, the Court warned plaintiffs and Mr. Nill in those orders that failure to comply could result in further sanction.

The required notices of compliance have not been filed, and no stay has been issued. Accordingly, plaintiffs and Mr. Nill are ordered to show cause, in a written submission filed with the Court by **May 18, 2020**, why this case should not be dismissed as a further sanction.

IT IS SO ORDERED.

Dated this 13th day of May, 2020, in Kansas City, Kansas.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge
